McDaniel, Alfred E (MR # JH25734833)                                          Encounter Date: 01/19/2017



| | | |
|---|---|---|
| Department: | East Baltimore Medical Center Internal Medicine<br>1000 E. Eager Street<br>Baltimore MD 21202-5533 | **Alfred E McDaniel**<br>Date of Birth: ___ 1957<br>Date of Visit: 1/19/2017 |
| Phone: | 410-522-9800 | |
| Fax: | 410-367-2174 | |
| Provider: | Katherine Leigh Shockley, CRNP | |

# THIS IS YOUR AFTER VISIT SUMMARY (AVS)

Thank you for choosing Johns Hopkins Medicine for your health care. This summary contains important information about your visit today, including your diagnoses, medications, tests ordered, future appointments and other instructions. Please read it carefully and contact us if you have any questions.

## Reason for Visit

Follow-up

## Diagnoses This Visit

- Spinal stenosis of lumbar region   - Primary
- Plantar fasciitis of right foot
- Positive RPR test
- Essential hypertension
- Chronic back pain, unspecified back location, unspecified back pain laterality
- Pain of foot, unspecified laterality
- Schizotypal personality disorder
- History of latent syphilis
- Obesity (BMI 30-39.9)

## Health Issues as of 1/19/2017

- Syphilis, late latent
- Hepatic cirrhosis due to chronic hepatitis C infection
- Obesity (BMI 30-39.9)
- Schizotypal personality disorder
- Mild cognitive delay
- Essential hypertension
- Atherosclerosis of native artery of extremity
- Corns and callosities
- Genu valgum, acquired
- Laxity of ligament
- Cervical kyphosis
- Cervical spondylosis with myelopathy

Thu Jan 19, 2017 1441                                                          Page 1 of 5

McDaniel, Alfred E (MR # JH25734833)                                Encounter Date: 01/19/2017

## Health Issues as of 1/19/2017 (continued)

| |
|---|
| **Lumbar spinal stenosis** |
| **Degenerative disc disease, cervical** |
| **Chronic back pain** |
| **Tibialis tendinitis, unspecified laterality** |
| **Foot pain** |
| **Abnormality of gait** |
| **Pre-diabetes** |
| **Meniscal injury** |

## Vital Signs/Measurements

| BP | Pulse | Temp | Resp | Height | Weight |
|---|---|---|---|---|---|
| 135/71 mmHg | 75 | 36.7 °C (98 °F) (Oral) | 20 | 5' 11" (1.803 m) | 221 lb (100.245 kg) |

| BMI |
|---|
| 30.84 kg/m2 |

## Changes to your Medications and Prescription Renewals

**Notice**                                                   As of 1/19/2017  2:41 PM

No changes were made to your prescriptions during this visit.

## Here is your newly updated Medication List, including any changes made this visit

- If you have any questions about these medications, ask the provider who recommended them.
- If you told us you are not taking any of these medications, we have recorded that information. Please discuss the fact that you are not taking them with the provider who recommended them.

## Your Updated Medication List

This list is accurate as of: 1/19/17  2:41 PM. Always use your most recent med list.

| | Instructions |
|---|---|
| **albuterol 90 mcg/actuation inhaler**<br>Commonly known as: PROVENTIL HFA | Inhale 2 puffs into the lungs every 4 (four) hours as needed for Wheezing. |
| **aspirin 81 MG EC tablet** | Take 1 tablet (81 mg total) by mouth daily.<br>For: Hyperlipidemia |
| **clotrimazole-betamethasone cream**<br>Commonly known as: LOTRISONE | Apply topically 2 (two) times daily. |
| **docusate sodium 50 mg/5 mL liquid**<br>Commonly known as: COLACE | Take 10 mLs (100 mg total) by mouth daily.<br>For: Constipation, unspecified constipation type |

## Your Updated Medication List (continued)

|  | Instructions |
|---|---|
| **gabapentin 600 MG tablet**<br>Commonly known as: NEURONTIN | Take 1 tablet (600 mg total) by mouth 3 (three) times daily.<br>For: Other polyneuropathy |
| **hydroCHLOROthiazide 25 MG tablet**<br>Commonly known as: HYDRODIURIL | Take 1 tablet (25 mg total) by mouth daily.<br>For: Essential hypertension |
| **loratadine 10 mg tablet**<br>Commonly known as: CLARITIN | Take 1 tablet (10 mg total) by mouth daily.<br>For: Chronic back pain, unspecified back pain laterality, unspecified location |
| **morphine 30 MG 12 hr tablet**<br>Commonly known as: MS CONTIN | Take 1 tablet (30 mg total) by mouth every 8 (eight) hours for 30 days.<br>For: Chronic back pain, unspecified back pain laterality, unspecified location |
| **nicotine 4 MG gum**<br>Commonly known as: NICORETTE | Take 1 each (4 mg total) by mouth as needed for Smoking cessation.<br>For: Cigarette nicotine dependence with nicotine-induced disorder |
| **nicotine 7 mg/24 hr patch**<br>Commonly known as: NICODERM CQ | Place 1 patch onto the skin daily for 30 days.<br>For: Cigarette nicotine dependence with nicotine-induced disorder |
| **oxyCODONE 5 MG immediate release tablet**<br>Commonly known as: ROXICODONE | Take 1 tablet (5 mg total) by mouth every 8 (eight) hours as needed for Pain.<br>For: Chronic low back pain, unspecified back pain laterality, with sciatica presence unspecified |
| **polyethylene glycol 17 gram/dose powder**<br>Commonly known as: MIRALAX | 17g at night as needed for constipation<br>For: Constipation, unspecified constipation type |
| **pravastatin 10 MG tablet**<br>Commonly known as: PRAVACHOL | Take 1 tablet (10 mg total) by mouth daily.<br>For: Hyperlipidemia, unspecified hyperlipidemia type |
| **rifaXIMIN 550 mg Tab tablet**<br>Commonly known as: XIFAXAN | Take 1 tablet (550 mg total) by mouth 2 (two) times daily.<br>For: Hepatitis C virus infection without hepatic coma, unspecified chronicity, Hepatic cirrhosis, unspecified hepatic cirrhosis type |

### Additional Medication Instructions:
**\*\*CAUTION** – ADULTS should not take more than 4,000 mg of acetaminophen (Tylenol, APAP or paracetamol) in a 24 hour period. Count all medicines that contain acetaminophen. The limit is lower for CHILDREN, so please ask your doctor or pharmacist about the proper daily dose.\*\*

### Important Tips for Managing your Medications

- Carry your medication list with you at all times in case of an emergency.

## Important Tips for Managing your Medications (continued)

- Show the list to all of your health care providers.
- Update the list with any changes.
- Include all prescriptions, over-the-counter medications, herbal products, vitamins and dietary supplements.
- Ask your provider or pharmacist if you have questions about possible medication interactions.

## Tests That Your Provider Ordered

## Tests and Referrals Done This Visit

**Ambulatory referral to Infectious Disease**
**Ambulatory referral to Physical Therapy**
**Ambulatory referral to Podiatry**

## Future Johns Hopkins Appointments as of today (up to 10 shown)

| Date/Time | Provider | Department | Dept Phone | Address |
|---|---|---|---|---|
| 2/17/2017 11:00 AM (Arrive by 10:45 AM) | Laura Dawn Sander, MD MPH | East Baltimore Medical Center Internal Medicine | 410-522-9800 | 1000 E. Eager StreetBaltimore MD 21202-5533 |

## Follow-up

Return in about 1 month (around 2/19/2017).

## Allergies as of 1/19/2017

No Known Allergies

## Immunizations Administered on Date of Encounter - 1/19/2017

None

## Goals

**Housing**
**Pain**
   Note created  5/6/2015  2:02 PM by Amy Rial, CRNP MPH
Goal: Patient states he wants reduced pain.
Intervention: Provide patient care coordination
Barriers: Multiple specialty appointments
Timeline: 30 days
Progression: Progressing

# THIS SUMMARY CONTINUES ON THE NEXT PAGE

McDaniel, Alfred E (MR # JH25734833)                          Encounter Date: 01/19/2017



*Your health. Your knowledge. Your connection.*

**Johns Hopkins Medicine MyChart** is an online interactive patient portal that allows you to view your test results, send secure messages to your provider's office, renew your prescriptions, schedule appointments, and more!

## MyChart Status: Declined

Our records show that you declined a MyChart account. If you would like to sign-up for MyChart, please ask a staff member for an activation code.

**With MyChart you can:**
- Monitor your health care more closely
- View portions of your medical record, including some test results, scans and images
- Send secure messages to your health care team
- Renew prescriptions
- Request and schedule appointments
- Allow parents, family members, legal representatives and others access to your medical information*

*Proxy authorization required. Complete the form at your provider's office.